**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TROY, AARON ALAN § Case No. 14-81327
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 28, 2014. The undersigned trustee was appointed on July 02, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         19,900.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 17,833.87 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 2,056.13 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6.  The deadline for filing non-governmental claims in this case was 09/09/2014 and the deadline for filing governmental claims was 10/27/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,740.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $662.26, for a total compensation of $662.26.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2014        By: /s/JAMES E. STEVENS
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-81327  
**Case Name:** TROY, AARON ALAN  

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/28/14 (f)  
**§341(a) Meeting Date:** 06/02/14  

**Period Ending:** 11/04/14  
**Claims Bar Date:** 09/09/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 919 16th Street, Rockford, IL (See Footnote) | 52,000.00 | 30,000.00 |  | 19,900.00 | FA |
| 2 | checking acct w Rkfrd Bk & Trust | 100.00 | 0.00 |  | 0.00 | FA |
| 3 | Household Goods, etc. | 1,000.00 | 0.00 |  | 0.00 | FA |
| 4 | Books, Cd's Dvd's, etc. | 50.00 | 0.00 |  | 0.00 | FA |
| 5 | Necessary wearing apparel | 50.00 | 0.00 |  | 0.00 | FA |
| 6 | 2013 Honda Civic | 17,975.00 | 0.00 |  | 0.00 | FA |
| 6 | **Assets**   Totals (Excluding unknown values) | **$71,175.00** | **$30,000.00** |  | **$19,900.00** | **$0.00** |

RE PROP# 1    The Trustee has filed an Objection to debtor's exemption in this real estate as it is not his primary residence.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2015         **Current Projected Date Of Final Report (TFR):**    November 4, 2014  (Actual)

Printed: 11/04/2014 07:55 AM    V.13.18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81327  
**Case Name:** TROY, AARON ALAN  
**Taxpayer ID #:** **-***9934  
**Period Ending:** 11/04/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/29/14 | | Title Underwriters Agency | sale of 919 16th Street, Rockford, IL | | 2,066.13 | | 2,066.13 |
| | {1} | | Sale Price  19,900.00 | 1110-000 | | | 2,066.13 |
| | | | 2014 county tax proration 1/1/14 to 9/27/14  -2,180.64 | 2820-000 | | | 2,066.13 |
| | | | real estate commission  -1,194.00 | 3510-000 | | | 2,066.13 |
| | | | title charges  -593.00 | 2500-000 | | | 2,066.13 |
| | | | recording charges  -137.25 | 2500-000 | | | 2,066.13 |
| | | | mowinb liens, water and sanitary bills and clearwater inspection  -483.84 | 2500-000 | | | 2,066.13 |
| | | | 2010-2012 forfeited taxes  -10,895.04 | 2820-000 | | | 2,066.13 |
| | | | 2013 real estate taxes  -2,350.10 | 2820-000 | | | 2,066.13 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,056.13 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,066.13 | 10.00 | $2,056.13 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,066.13 | 10.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $2,066.13 | $10.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9166** | 2,066.13 | 10.00 | 2,056.13 |
| | $2,066.13 | $10.00 | $2,056.13 |

{} Asset reference(s)

Printed: 11/04/2014 07:55 AM    V.13.18

Printed: 11/04/14 07:55 AM

## Claims Distribution Register

Page: 1

### Case: 14-81327   TROY, AARON ALAN

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 06/12/14 | 100 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088, Irving, TX 75016-8088<br>\<4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)\><br>Claim No. 1 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code does not have a provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 18,886.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/28/14 | 200 | Barrick, Switzer Law Firm<br>\<3110-00  Attorney for Trustee Fees (Trustee Firm)\> | 2,907.00 | 2,907.00 | 0.00 | 2,907.00 | 702.63 |
| | 04/28/14 | 200 | Barrick, Switzer Law Firm<br>\<3120-00  Attorney for Trustee Expenses (Trustee Firm)\> | 2,859.90 | 2,859.90 | 0.00 | 2,859.90 | 691.24 |
| | 04/28/14 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>\<2100-00  Trustee Compensation\> | 2,740.00 | 2,740.00 | 0.00 | 2,740.00 | 662.26 |
| | | | **Total for Priority 200:   24.17014% Paid** | **$8,506.90** | **$8,506.90** | **$0.00** | **$8,506.90** | **$2,056.13** |
| | | | **Total for Admin Ch. 7 Claims:** | **$8,506.90** | **$8,506.90** | **$0.00** | **$8,506.90** | **$2,056.13** |
| **Priority Claims:** | | | | | | | | |
| 5P | 06/30/14 | 570 | Illinois Department of Revenue<br>Bankruptcy Department<br>PO Box 64338<br>Chicago, IL 60664-0338<br>\<5800-00  Claims of Governmental Units\> | 539.16 | 539.16 | 0.00 | 539.16 | 0.00 |
| | | | **Priority 570:   0% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 06/17/14 | 610 | Atlas Acquisitions LLC (Washington<br>Mutual Bank, N<br>294 Union St.<br>Hackensack, NJ 07601<br>\<7100-00  General Unsecured § 726(a)(2)\> | 2,161.74 | 2,161.74 | 0.00 | 2,161.74 | 0.00 |
| 3 | 06/17/14 | 610 | LVNV Funding, LLC its successors and assigns as<br>assignee of NCO Portfolio Management<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00  General Unsecured § 726(a)(2)\> | 1,687.16 | 1,687.16 | 0.00 | 1,687.16 | 0.00 |

Printed: 11/04/14 07:55 AM  **Claims Distribution Register**  Page: 2

## Case: 14-81327   TROY, AARON ALAN

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 06/27/14 | 610 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 484.89 | 484.89 | 0.00 | 484.89 | 0.00 |
| 5U | 06/30/14 | 610 | Illinois Department of Revenue<br>Bankruptcy Department<br>PO Box 64338<br>Chicago, IL 60664-0338<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,027.89 | 1,027.89 | 0.00 | 1,027.89 | 0.00 |
| 6 | 08/04/14 | 610 | American InfoSource LP as agent for<br>US Cellular<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 578.33 | 578.33 | 0.00 | 578.33 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$5,940.01** | **$5,940.01** | **$0.00** | **$5,940.01** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$5,940.01** | **$5,940.01** | **$0.00** | **$5,940.01** | **$0.00** |
| | | | **Total for Case :** | **$33,872.96** | **$14,986.07** | **$0.00** | **$14,986.07** | **$2,056.13** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                Exhibit D

Case No.: 14-81327
Case Name: TROY, AARON ALAN
Trustee Name: JAMES E. STEVENS

**Balance on hand:**                    $         2,056.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 18,886.89 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $     2,056.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,740.00 | 0.00 | 662.26 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 2,907.00 | 0.00 | 702.63 |
| Attorney for Trustee, Expenses - Barrick, Switzer Law Firm | 2,859.90 | 0.00 | 691.24 |

Total to be paid for chapter 7 administration expenses:    $     2,056.13
Remaining balance:                                         $         0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $         0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $539.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 539.16 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,940.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC (Washington Mutual Bank, N | 2,161.74 | 0.00 | 0.00 |
| 3 | LVNV Funding, LLC its successors and assigns as | 1,687.16 | 0.00 | 0.00 |
| 4 | PNC BANK | 484.89 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 1,027.89 | 0.00 | 0.00 |
| 6 | American InfoSource LP as agent for | 578.33 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**