**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TROY, AARON ALAN    § Case No. 14-81327-TML
                          §
                          §
Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/28/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  12/30/2014          By:  /s/JAMES E. STEVENS
                                                             Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TROY, AARON ALAN § Case No. 14-81327-TML
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,900.00 |
| *and approved disbursements of* | $ 17,843.87 |
| *leaving a balance on hand of* [1] | $ 2,056.13 |
| **Balance on hand:** | $ 2,056.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 18,886.89 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,056.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,740.00 | 0.00 | 662.26 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 2,907.00 | 0.00 | 702.63 |
| Attorney for Trustee, Expenses - Barrick, Switzer Law Firm | 2,859.90 | 0.00 | 691.24 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,056.13 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $539.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 539.16 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,940.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC (Washington Mutual Bank, N | 2,161.74 | 0.00 | 0.00 |
| 3 | LVNV Funding, LLC its successors and assigns as | 1,687.16 | 0.00 | 0.00 |
| 4 | PNC BANK | 484.89 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 1,027.89 | 0.00 | 0.00 |
| 6 | American InfoSource LP as agent for | 578.33 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-81327-TML
Aaron Alan Troy                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Dec 30, 2014
                              Form ID: pdf006          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2015.

```
db          +Aaron Alan Troy,    4934 Shorewood Drive,    Rockford, IL 61101-9365
21853581    +ATG Credit,    Attn: Bankruptcy Dept.,    1700 W Cortland St Ste 2,    Chicago,IL 60622-1166
21853597     Arrow Financial Services,    Bankruptcy Dept.,    21031 Network Pl.,    Chicago,IL 60673-1210
22057166    +Atlas Acquisitions LLC  (Washington Mutual Bank, N,    294 Union St.,
              Hackensack, NJ 07601-4303
21853601    +City of Rockford,    Bankruptcy Dept.,    425 E. State Street,    Rockford,IL 61104-1014
21853584    +Comcast,    C/O Southwest Credit Syste,    5910 W Plano Pkwy Ste 10,    Plano,TX 75093-2201
21853586    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21853587    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21853596    +Heavner Scott Beyers & Mihlar,    Bankruptcy Dept.,    PO Box 740,    Decatur,IL 62525-0740
21853604     Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
              Chicago,IL 60664-0338
21853609    +Infinity Healthcare Physicians,    Bankruptcy Dept.,    PO Box 1022,    Wixom,MI 48393-1022
21853590    +LHR Inc.,    Bankruptcy Dept.,    35A Rust Lane,    Boerne,TX 78006-8202
21853605    +Linebarger Goggan Blair &,    Bankruptcy Dept.,    PO Box 06140,    Chicago,IL 60606-0140
21853599    +Miller and Steeno,    Bankruptcy Dept.,    11970 Borman Drive,    Suite 250,
              Saint Louis,MO 63146-4153
21853594    +National City Mortgage,    Bankruptcy Dept.,    PO Box 17677,    Baltimore,MD 21297-1677
22099961    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
21853589    +Pncbank,    Attn: Bankruptcy Dept.,    2730 Liberty Ave,    Pittsburgh,PA 15222-4747
21853610    +Radiology Consultants of Rockford,    Bankruptcy Dept.,    1401 E. State Street,
              Rockford,IL 61104-2315
21853577    +Rock River Water Reclamation D,    C/O United Credit Service,    15 N Lincoln St,
              Elkhorn,WI 53121-1746
21853611    +Rockford Associated Clinical Pathologists,    Bankruptcy Dept.,    PO Box 71082,
              Chicago,IL 60694-1082
21853614    +Rockford Fire Department,    Bankruptcy Dept.,    PO Box 1170,    Milwaukee,WI 53201-1170
21853585    +Rockford Mercantile,    Attn: Bankruptcy Dept.,    2502 S Alpine Rd,    Rockford,IL 61108-7813
21853615    +Swedish American Hospital,    Bankruptcy Dept.,    PO Box 950,    Waukegan,IL 60079-0950
21853608    +Swedish American Hospital,    C/o National Bond Collection,    PO Box 1381,
              Wilkes Barre,PA 18703-1381
21853612    +Swedish American Med. Group,    Attn: Bankruptcy Department,    2550 Charles St., Box 1567,
              Rockford,IL 61108-1606
21853579    +Torres Credit Services, Inc.,    Bankruptcy Dept.,    PO Box 189,    Carlisle,PA 17013-0189
21853588    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
21853606    +Washington Mutual Bank, NA,    C/o Delta Outsource Group,    PO Box 1210,
              Saint Paul,MO 63366-9010
21853583    +William Troy,    4934 Shorewood Drive,    Rockford,IL 61101-9365
21853592    +Winnebago County Courthouse,    2006SC4224,    400 W. State St.,    Rockford,IL 61101-1221
21853595    +Winnebago County Courthouse,    2008CH2118,    400 W. State St.,    Rockford,IL 61101-1221
21853598    +Winnebago County Courthouse,    2009SC295,    400 W. State St.,    Rockford,IL 61101-1221
21853600    +Winnebago County Treasurer,    Bankruptcy Dept.,    PO Box 1216,    Rockford,IL 61105-1216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21853582     E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 31 2014 01:23:22     American Honda Finance,
              Attn: Bankruptcy Dept.,    2170 Point Blvd Ste 100,    Elgin,IL 60123
22044283     E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 31 2014 01:23:22
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088,    866-716-6441
21853602    +E-mail/PDF: recoverybankruptcy@afninet.com Dec 31 2014 01:26:21     AT&T,    C/o AFNI,
              1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
22241879     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 31 2014 01:26:46
              American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
              Oklahoma City, OK  73124-8838
21984190    +E-mail/Text: bnc@atlasacq.com Dec 31 2014 01:22:04     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303,    Attn: Avi Schild
21853580    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2014 01:30:20
              Credit Collection Services,    Bankruptcy Dept.,    Two Wells Avenue,    Newton,MA 02459-3225
21853591     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 31 2014 01:27:11     Discover Bank,
              Bankruptcy Dept.,    PO Box 8003,    Hilliard,OH 43026
21853607    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 31 2014 01:27:03     LVNV Funding LLC,
              Bankruptcy Dept.,    PO Box 10584,    Greenville,SC 29603-0584
22059848     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 31 2014 01:27:04
              LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21853603    +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 31 2014 01:23:29     Nicor Gas,
              C/o NCO Financial,    507 Prudential Road,    Horsham,PA 19044-2308
21853613    +E-mail/Text: appebnmailbox@sprint.com Dec 31 2014 01:22:56     US Cellular,    C/o AFNI,
              1310 Martin Luther King Drive,    PO Box 3517,    Bloomington,IL 61702-3517
21853593    +E-mail/Text: BKRMailOps@weltman.com Dec 31 2014 01:23:16     Weltman, Weinberg & Reis Co.,
              Bankruptcy Dept.,    180 N. LaSalle St., Ste. 2400,    Chicago,IL 60601-2704
                                                                                              TOTAL: 12
```

```
District/off: 0752-3           User: kkrystave              Page 2 of 2                   Date Rcvd: Dec 30, 2014
                               Form ID: pdf006              Total Noticed: 45
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21853578    ##++++COMED RESIDENTIAL  R,    C/O CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9374
              (address filed with court:  Comed Residential  R,    C/O CBE Group,    131 Towe Park Dr Suite 1,
                Waterloo,IA 50702)
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2014 at the address(es) listed below:
              James E Stevens     on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens     jimstevens@bslbv.com, IL48@ecfcbis.com
              James E Stevens     on behalf of Debtor Aaron Alan Troy jimstevens@bslbv.com
              Nathan E Curtis     on behalf of Debtor Aaron Alan Troy ndil@geracilaw.com
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```