# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: TROY, AARON ALAN § Case No. 14-81327
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $19,175.00   Assets Exempt: $21,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00   Claims Discharged Without Payment: $136,184.17

Total Expenses of Administration: $19,900.00

3) Total gross receipts of $ 19,900.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,900.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $18,886.89 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,350.77 | 19,900.00 | 19,900.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,334.00 | 539.16 | 539.16 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 132,206.00 | 5,940.01 | 5,940.01 | 0.00 |
| **TOTAL DISBURSEMENTS** | $135,540.00 | $51,716.83 | $26,379.17 | $19,900.00 |

4) This case was originally filed under Chapter 7 on April 28, 2014. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2015          By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 919 16th Street, Rockford, IL | 1110-000 | 19,900.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,900.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 4210-000 | N/A | 18,886.89 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$18,886.89** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,740.00 | 0.00 | 0.00 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 2,907.00 | 0.00 | 0.00 |
| Barrick, Switzer Law Firm | 3120-000 | N/A | 2,859.90 | 2,056.13 | 2,056.13 |
| Title Underwriters Agency | 2820-000 | N/A | 2,180.64 | 2,180.64 | 2,180.64 |
| Title Underwriters Agency | 3510-000 | N/A | 1,194.00 | 1,194.00 | 1,194.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Title Underwriters Agency | 2500-000 | N/A | 593.00 | 593.00 | 593.00 |
| Title Underwriters Agency | 2500-000 | N/A | 137.25 | 137.25 | 137.25 |
| Title Underwriters Agency | 2500-000 | N/A | 483.84 | 483.84 | 483.84 |
| Title Underwriters Agency | 2820-000 | N/A | 10,895.04 | 10,895.04 | 10,895.04 |
| Title Underwriters Agency | 2820-000 | N/A | 2,350.10 | 2,350.10 | 2,350.10 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $26,350.77 | $19,900.00 | $19,900.00 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 5800-000 | 3,334.00 | 539.16 | 539.16 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,334.00 | $539.16 | $539.16 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC (Washington Mutual Bank, N | 7100-000 | 2,017.00 | 2,161.74 | 2,161.74 | 0.00 |
| 3 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 1,687.16 | 1,687.16 | 0.00 |
| 4 | PNC BANK | 7100-000 | 484.00 | 484.89 | 484.89 | 0.00 |
| 5U | Illinois Department of Revenue | 7100-000 | N/A | 1,027.89 | 1,027.89 | 0.00 |
| 6 | American InfoSource LP as agent for | 7100-000 | N/A | 578.33 | 578.33 | 0.00 |
| NOTFILED | 14 Rock River Water Reclamation D | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Rockford Associated Clinical Pathologist: | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| NOTFILED | 16 Rockford Fire Department Bankruptcy Dept. | 7100-000 | 624.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | 13 Radiology Consultants of Rockford Bankruptcy Dept. | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | 11 Nicor Gas C/o NCO Financial | 7100-000 | 983.00 | N/A | N/A | 0.00 |
| NOTFILED | 22 US Cellular C/o AFNI | 7100-000 | 752.00 | N/A | N/A | 0.00 |
| NOTFILED | 18 Swedish American Hospital C/o National Bond Collection | 7100-000 | 1,126.00 | N/A | N/A | 0.00 |
| NOTFILED | 19 Swedish American Hospital Bankruptcy Dept. | 7100-000 | 17,199.00 | N/A | N/A | 0.00 |
| NOTFILED | 10 National City Mortgage Bankruptcy Dept. | 7100-000 | 95,527.00 | N/A | N/A | 0.00 |
| NOTFILED | 21 Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 17 Rockford Mercantile | 7100-000 | 624.00 | N/A | N/A | 0.00 |
| NOTFILED | 20 Swedish American Med. Group | 7100-000 | 516.00 | N/A | N/A | 0.00 |
| NOTFILED | 6 Corned Residential R | 7100-000 | 2,612.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 AT&T C/o AFNI | 7100-000 | 339.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Arrow Financial Services Bankruptcy Dept. | 7100-000 | 1,291.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Comcast C/O Southwest Credit Syste | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Discover Bank Bankruptcy Dept. | 7100-000 | 6,437.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 City of Rockford Bankruptcy Dept. | 7100-000 | 451.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 ATG Credit | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $132,206.00 | $5,940.01 | $5,940.01 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-81327  
**Case Name:** TROY, AARON ALAN  

**Period Ending:** 03/29/15

**Trustee:**  (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):**  04/28/14 (f)  
**§341(a) Meeting Date:**  06/02/14  
**Claims Bar Date:**  09/09/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 919 16th Street, Rockford, IL  (See Footnote) | 52,000.00 | 30,000.00 | | 19,900.00 | FA |
| 2 | checking acct w Rkfrd Bk & Trust | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods, etc. | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books, Cd's Dvd's, etc. | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel | 50.00 | 0.00 | | 0.00 | FA |
| 6 | 2013 Honda Civic | 17,975.00 | 0.00 | | 0.00 | FA |
| 6 | Assets  Totals (Excluding unknown values) | **$71,175.00** | **$30,000.00** | | **$19,900.00** | **$0.00** |

RE PROP# 1   The Trustee has filed an Objection to debtor's exemption in this real estate as it is not his primary residence.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2015        **Current Projected Date Of Final Report (TFR):**    November 4, 2014  (Actual)

Printed: 03/29/2015 03:04 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81327
**Case Name:** TROY, AARON ALAN

**Taxpayer ID #:** **-***9934
**Period Ending:** 03/29/15

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******9166 - Checking Account
**Blanket Bond:** $780,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/29/14 | | Title Underwriters Agency | sale of 919 16th Street, Rockford, IL | | | 2,066.13 | | 2,066.13 |
| | {1} | | Sale Price | 19,900.00 | 1110-000 | | | 2,066.13 |
| | | | 2014 county tax proration 1/1/14 to 9/27/14 | -2,180.64 | 2820-000 | | | 2,066.13 |
| | | | real estate commission | -1,194.00 | 3510-000 | | | 2,066.13 |
| | | | title charges | -593.00 | 2500-000 | | | 2,066.13 |
| | | | recording charges | -137.25 | 2500-000 | | | 2,066.13 |
| | | | mowinb liens, water and sanitary bills and clearwater inspection | -483.84 | 2500-000 | | | 2,066.13 |
| | | | 2010-2012 forfeited taxes | -10,895.04 | 2820-000 | | | 2,066.13 |
| | | | 2013 real estate taxes | -2,350.10 | 2820-000 | | | 2,066.13 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,056.13 |
| 02/05/15 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $2,056.13, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 2,056.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 2,066.13 | 2,066.13 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | **2,066.13** | **2,066.13** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,066.13** | **$2,066.13** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9166** | 2,066.13 | 2,066.13 | 0.00 |
| | $2,066.13 | $2,066.13 | $0.00 |

{} Asset reference(s)

Printed: 03/29/2015 03:04 PM    V.13.21